IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL PACE,

Plaintiff,

v.

Case No. 16-cv-542 JPG/RJD

CLAY COUNTY,

Defendant.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 24, 2018**        **JUSTINE FLANAGAN, Acting Clerk of Court**

   *s/Tina Gray*
   **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**